# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0948
_____

DANNY PEREZ,

Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK CMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: July 13, 2011.

September 26, 2018

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.